**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed May 11, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00311-CV

---

### IN RE WEBBER, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-30956**

---

## MEMORANDUM OPINION

On May 3, 2023, relator Webber, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Latosha Lewis Payne, presiding judge of the 55th District Court of Harris County, to rule on relator's motion for summary judgment pursuant to Section 97.002 of the Texas Civil Practice and Remedies Code. *See* Tex. Civ. Prac. & Rem. Code § 97.002.

On May 5, 2023, relator advised this court that the trial court had signed an order denying the motion and filed a motion to dismiss this proceeding as moot. The motion is GRANTED.

According, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Jewell, Hassan, and Wilson.